IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Criminal No. 3:09-CR-074-D |
| VS. | § | |
| | § | |
| MARK CAMACHO, et al., | § | |
| | § | |
| Defendants. | § | |

MEMORANDUM DECISION

The court has today set the trials of several defendants in this case to commence on Monday, October 5, 2009. Based on its finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial, the court has determined on its own motion that the case should be continued to a trial date that is later than the date that would apply under the time limits established by the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(8)(A). Specifically, the court finds under § 3161(h)(8)(B)(ii) that this case is so complex, due to the number of defendants, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

April 10, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE